44

FIELDS ET AL. *v.* SOUTH CAROLINA.

No. 335.  Decided October 21, 1963.

*Jack Greenberg, Constance Baker Motley, Matthew J. Perry* and *Lincoln C. Jenkins, Jr.* for petitioners.

*Daniel R. McLeod,* Attorney General of South Carolina, *Everett N. Brandon,* Assistant Attorney General, and *Julian S. Wolfe* for respondent.

PER CURIAM.

The petition for a writ of certiorari is granted.  The judgment is reversed.  *Edwards* v. *South Carolina,* 372 U. S. 229.

CADE *v.* LOUISIANA.

No. 340.  Decided October 21, 1963.

*James Sharp, Jr.* for appellant.

PER CURIAM.

The appeal is dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

MR. JUSTICE BLACK is of the opinion that probable jurisdiction should be noted.